UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

IN RE:

MICHAEL MATTHEWS TRIMNELL                                         CASE NO:  19-02603-JMC-13

DEBTOR

TRUSTEE'S MOTION TO DETERMINE VALIDITY OF PAYMENT CHANGE
Claim #7 – Home Point Financial Corporation

Comes now Ann DeLaney, Trustee herein, and moves the Court pursuant to Fed.R.Bankr.P. 3002.1P for the entry of an order in this case determining the status of the monthly mortgage payment as set forth in the Notice of Mortgage Payment Change (the Notice) filed by Home Point Financial Corporation (Creditor) on August 10, 2020.  In support of this Motion, Trustee states as follows:

1. Debtor filed Chapter 13 Bankruptcy on April 15, 2019. Included in debtor's confirmed plan is a provision for Debtor's post-petition mortgage payments to be paid via Trustee conduit to her mortgage creditor.
2. Creditor filed its Proof of Claim #7 (POC) on November 18, 2019.  The POC showed the post-petition monthly mortgage payment as $1,114.58, which was comprised of $818.30 in principal & interest and $296.28 in monthly escrow.
3. Also specified in the POC was arrearage as of date of the petition of $8,739.92.  Part of the arrearage calculation was an escrow deficiency of $1,434.58 and a projected escrow shortage of $1,282.64.
4. On August 10, 2020, Creditor filed the first Notice since the POC was filed increasing the monthly payment to $1,243.30, an increase of $128.72. Per the Notice, the increase was directly attributable to the escrow portion of the payment that was increased from $296.28 to $425.00. No change was made in the interest rate.
5. A review of the escrow analysis accompanying the Notice seems to indicate the timing of Hazard Insurance payments have been escalated to include two payments during the current 12-month period when previous calculations only included one, which could alter escrow projections.

6. The Trustee is requesting the basis of this large increase and the specific factors attributing to it especially since an escrow shortage is already being collected in the pre-petition arrearage amount found on the Creditor's POC and the Trustee questions the timing of Hazard Insurance. At this time, the accuracy of the Notice cannot be verified, and the increase cannot be determined to be warranted.

WHEREFORE, after providing the opportunity to object, your Trustee requests that this Court issue an order determining the status of the monthly mortgage payment as set forth in the Notice filed August 10, 2020, by the Creditor, and, if applicable, direct Creditor to file an amended Notice and for such further relief as the Court deems just.

                                        Respectfully submitted,

Date:  September 3, 2020                /s/ Ann DeLaney
                                        Ann DeLaney
                                        PO Box 441285
                                        Indianapolis, IN  46244
                                        PH:  317/829-7360
                                        Fax:  317/829-7369
                                        E-Mail:  anndelaney341@trustee13.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the forgoing Motion has been duly served upon the following individuals, by electronic of United States mail, first class postage prepaid, on this date: **September 3, 2020**

| | |
|---|---|
| U. S. Trustee | *via electronic mail* |
| Bushhorn Law Offices | *via electronic mail* |
| Home Point Financial Corporation | 11511 Luna Road, Suite 300, Farmers Branch, TX  75234 |
| Michael Matthews Trimmel | 8899 s  500 W, Columbus, IN  47201 |