## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE:                                                                  CASE NO.: 19-02603-JMC-13
                                                                                    CHAPTER 13

**Michael Matthews Trimnell**
**aka Mike Trimnell,**

    **Debtor.**

_____/

### REQUEST FOR SERVICE

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of HOME POINT FINANCIAL CORPORATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                                   Robertson, Anschutz, Schneid & Crane LLC
                                                   Authorized Agent for Secured Creditor
                                                   10700 Abbott's Bridge Road, Suite 170,
                                                   Duluth, GA 30097
                                                   Telephone: 470-321-7112

                                                  By: /s/Darrelyn Thomas
                                                       Darrelyn Thomas
                                                       Email: dthomas@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 29, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL MATTHEWS TRIMNELL
8899 S. 500 W
COLUMBUS, IN 47201

And via electronic mail to:

THOMAS DONALD BUSHHORN
BUSHHORN LAW
1015 3RD ST., SUITE E
COLUMBUS, IN 47201

ANN M. DELANEY
OFFICE OF ANN M. DELANEY
PO BOX 441285
INDIANAPOLIS, IN 46244

U.S. TRUSTEE
OFFICE OF U.S. TRUSTEE
101 W. OHIO ST.. STE. 1000
INDIANAPOLIS, IN 46204

By: /s/Michael Pezzuto
Michael Pezzuto
Email: mpezzuto@rasflaw.com